UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG JA KIM, | CV 19-915 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CARMEN BAUTISTA and K.Y.S., INC., | |
| Defendants. | |

Pursuant to the Court's July 23, 2019 Minute Order dismissing this action for failure to prosecute or comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 23, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE